27

United States District Court
Southern District of Texas
ENTERED
JUL 15 98
Michael N. Milby, Clerk of Court

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 15 1998
Michael N. Milby, Clerk of Court

| | |
|---|---|
| REYNALDO G. AMADOR, ELIZABETH AMADOR, FILIBERTO P. SANCHEZ, FRANCISCA SANCHEZ, VANSCINE KEENE, MICHELLE THOMPSON, JUAN MORALES, AND OLGA MARIA MORALES, ET AL., Plaintiffs, V. FLEET MORTGAGE CORP. and CHARLES A. BROWN, Individually d/b/a BROWN & SHAPIRO, ET AL. Defendants. | B-CV-97-222 |



## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. This case was removed from the 103rd Judicial District Court of Cameron County, Texas, to the United States District Court of the Southern District of Texas, Brownsville Division. Plaintiffs filed a motion to remand the case arguing that removal was not timely, since it occurred more than thirty days after suit was filed. The Magistrate Judge found that the Amended Petition raised a federal question, and so changed the nature of the litigation to invoke federal claims not previously alleged. Therefore the Magistrate Judge recommended that Plaintiffs' Motion for Remand be denied. After a *de novo* review of the entire file and the applicable law, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of January 29, 1998, should be **ADOPTED**.

Accordingly, it **ORDERED, ADJUDGED,** and **DECREED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**.

S ORDERED.

DONE at Brownsville, Texas, this 15th day of July, 1998.

FILEMON B. VELA
United States District Judge

Case 1:97-cv-00222   Document 29   Filed in TXSD on 07/15/1998   Page 2 of 2