United States District Court
Southern District of Texas
ENTERED
JUL 15 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 15 1998
Michael N. Milby, Clerk of Court

30

# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REYNALDO G. AMADOR, ELIZABETH AMADOR, FILIBERTO P. SANCHEZ, FRANCISCA SANCHEZ, VANSCINE KENER, MICHELLE THOMPSON, JUAN MORALES, AND OLGA MARIA MORALES, ET AL., Plaintiffs, v. FLEET MORTGAGE CORP. and CHARLES A. BROWN, Individually d/b/a BROWN & SHAPIRO, ET AL., Defendants. | § § § § § § § § § § § § § | B-CV-97-222 |

## ORDER OF VOLUNTARY DISMISSAL

Before the Court is Plaintiffs' Motion for Voluntary Dismissal on the above-referenced cause of action. After a review of the file, it is the opinion of this Court that the Motion for Voluntary Dismissal dismissing defendants Charles A. Brown and Brown & Shapiro, L.L.P. should be **ADOPTED**.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that Charles A. Brown and Brown & Shapiro, L.L.P. are hereby dismissed from this case.

**SO ORDERED.**



DONE at Brownsville, Texas, this 15th day of July, 1998.

FILEMON B. VELA
United States District Court

ClibPDF - www.fastio.com