United States District Court
Southern District of Texas
ENTERED

AUG 11 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 11 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| REYNALDO G. AMADOR, ELIZABETH AMADOR, FILIBERTO P SANCHEZ, FRANCISCA SANCHEZ, VANSCINE KEENER, MICHELLE THOMPSON, JUAN MORALES, AND OLGA MARIA MORALES, ET AL, | § § § § § § § § |
| vs. | § CIVIL ACTION NO. B-97-222 § § |
| FLEET MORTGAGE CORP. and CHARLES A. BROWN, Individually and d/b/a BROWN & SHAPIRO, ET AL | § § § |

## ORDER ADMITTING COUNSEL PRO HAC VICE

Upon motion of Defendant, Midland Mortgage Co., to admit J. Allen Smith and J. Garth Fennegan, *pro hac vice* in the above-entitled action, the Court finds that said motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that J. Allen Smith and J. Garth Fennegan, are hereby admitted to practice before the Court *pro hac vice* in the above-entitled action.

Signed this 11TH day of AUGUST, 1998.

_____
JUDGE OF THE DISTRICT COURT

O:\LITIGATE\98\1352\PROHAC.002

Solo Page