United States District Court
Southern District of Texas
**ENTERED**

AUG 11 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
**FILED**

AUG 11 1998

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE

| | | |
|---|---|---|
| REYNALDO G. AMADOR, ET. AL | § § | |
| VS. | § | CIVIL ACTION NO. B-97-222 |
| FLEET MORTGAGE CORP. ET AL. | § § | |

TYPE OF CASE:  __X__ CIVIL  ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON THE FOLLOWING MOTIONS:**

1. DEFENDANT MIDLAND MORTGAGE CO.'S MOTION FOR MORE DEFINITE STATEMENT
2. DEFENDANT OCWEN FEDERAL BANK FSB'S MOTION FOR MORE DEFINITE STATEMENT
3. DEFENDANT ADVANTA MORTGAGE CORP., U.S.A.'S MOTION FOR MORE DEFINITE STATEMENT
4. DEFENDANT FLEET MORTGAGE CORP.'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING BRIEF
5. DEFENDANT ACCREDITED HOME LENDERS, INC.'S MOTION FOR MORE DEFINITE STATEMENT

PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

SEPTEMBER 25, 1998 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 11, 1998

TO:     MR. JEROME K. WADE
        MR. ROBERT T. MOWREY
        MR. NORTON A. COLVIN
        MR. MICHAEL STEVEN DECK