44

United States District Court
Southern District of Texas
ENTERED

SEP 0 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Michael N. Milby, Clerk of Court

REYNALDO G. AMADOR, ELIZABETH            )
AMADOR, FILIBERTO P. SANCHEZ,            )
FRANCISCA SANCHEZ, VANSCINE              )
KEENER, MICHELLE THOMPSON,               )        CIVIL ACTION NUMBER
JUAN MORALES, and OLGA MARIA             )
MORALES, et al.,                         )        **B-97-222**
                                         )
                 Plaintiffs,             )
                                         )
         vs.                             )
                                         )
FLEET MORTGAGE CORP. and                 )
CHARLES A. BROWN, Individually           )
and d/b/a BROWN & SHAPIRO, et al.,       )
                                         )
                 Defendants.             )

**ORDER GRANTING PRINCIPAL RESIDENTIAL MORTGAGE, INC.'S
MOTION REQUESTING ADMISSION PRO HAC VICE FOR
NON-RESIDENT ATTORNEY, ROBERT J. PRATTE**

ON THIS 2 8 TH day of AUGUST, 1998, came on to be considered Defendant,

Principal Residential Mortgage Inc.'s Motion Requesting Admission Pro Hac Vice for Non-Resident

Attorney, Robert J. Pratte, and the Court finds that said motion should be GRANTED. IT IS

THEREFORE,

ORDERED, ADJUDGED AND DECREED that ROBERT J. PRATTE is granted admission

pro hac vice to practice in the United States District Court for the Southern District of Texas in the

above-entitled and numbered case.

SIGNED FOR ENTRY this 28 TH day of AUGUST, 1998.

JUDGE PRESIDING

Copies to:

965768.1