46

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | |
|---|---|
| REYNALDO G. AMADOR, ELIZABETH AMADOR, FILIBERTO P. SANCHEZ, FRANCISCA SANCHEZ, VANSCINE KEENER, MICHELLE THOMPSON, JUAN MORALES, and OLGA MARIA MORALES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FLEET MORTGAGE CORP. and CHARLES A. BROWN, Individually and d/b/a BROWN & SHAPIRO, et al., <br><br> Defendants. | CIVIL ACTION NUMBER <br><br> **B-97-222** |

### ORDER GRANTING PRINCIPAL RESIDENTIAL MORTGAGE, INC.'S MOTION REQUESTING ADMISSION PRO HAC VICE FOR NON-RESIDENT ATTORNEY, MARK G. SCHROEDER

ON THIS 28TH day of AUGUST, 1998, came on to be considered Defendant, Principal Residential Mortgage Inc.'s Motion Requesting Admission Pro Hac Vice for Non-Resident Attorney, Mark G. Schroeder, and the Court finds that said motion should be GRANTED. IT IS THEREFORE,

ORDERED, ADJUDGED AND DECREED that MARK G. SCHROEDER is granted admission pro hac vice to practice in the United States District Court for the Southern District of Texas in the above-entitled and numbered case.

SIGNED FOR ENTRY this 28 day of AUGUST, 1998.

_____
JUDGE PRESIDING

Copies to:

965475.1