47

United States District Court
Southern District of Texas
FILED

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REYNALDO G. AMADOR, et al | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-222 |
| | § | |
| FLEET MORTGAGE CORP., et al | § | |

## **ORDER**

Defendant, ADVANTA HOME MORTGAGE CORP. U.S.A.'s Motion to Admit Counsel

Pro Hac Vice to is GRANTED.  Jay A. Dubow of the law firm of Wolf, Block, Schorr and Solis-

Cohen, LLP, may appear *pro hac vice* as attorney for ADVANTA HOME MORTGAGE CORP.

U.S.A. in this case.

SIGNED this **28** day of _AUGUST_, 1998.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE