United States District Court
Southern District of Texas
ENTERED
SEP 15 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 11 1998
Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | |
|---|---|
| REYNALDO G. AMADOR, ELIZABETH AMADOR, FILIBERTO P. SANCHEZ, FRANCISCA SANCHEZ, VANSCINE KEENER, MICHELE THOMPSON, JUAN MORALES, OLGA MARIA MORALES § § § § § § | |
| VS. § § | CIVIL ACTION NO. B-97-222 |
| FLEET MORTGAGE CORP. AND CHARLES A. BROWN, INDIVIDUALLY, AND D/B/A BROWN & SHAPIRO § § § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of January 29, 1998 should be **ADOPTED**.

DONE in Brownsville, Texas, on this 11th day of September 1998.

Filemon B. Vela
United States District Judge