United States District Court
Southern District of Texas
ENTERED

SEP 3 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

51

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| REYNALDO G. AMADOR, et al § | |
| § | |
| vs. § | CIVIL ACTION NO. B-97-222 |
| § | |
| FLEET MORTGAGE CORP., et al § | |

## ORDER

Defendant, ADVANTA HOME MORTGAGE CORP. U.S.A.'s Motion to Admit Counsel Pro Hac Vice to is GRANTED. Charlotte E. Thomas of the law firm of Wolf, Block, Schorr and Solis-Cohen, LLP, may appear pro hac vice as attorney for ADVANTA HOME MORTGAGE CORP. U.S.A. in this case.

SIGNED this 24TH day of SEPT, 1998.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

DSL:45769.1