54

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
OCT 14 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| REYNALDO G. AMADOR, ELIZABETH AMADOR, FILIBERTO P. SANCHEZ, FRANCISCA SANCHEZ, VANSCINE KEENER, MICHELE THOMPSON, JUAN MORALES, and OLGA MARIA MORALES, et al. § § § § § § § VS. § § FLEET MORTGAGE CORP. AND § CHARLES A. BROWN, INDIVIDUALLY, § AND D/B/A BROWN & SHAPIRO, et al., § | CIVIL ACTION NO. B-97-222 |

## ORDER

ON THIS 14TH day of OCT, 1998, came on to be considered Defendant Midland Mortgage Co.'s Motion for More Definite Statement (Docket No. 22), Defendant Ocwen Federal Bank FSB's Motion for More Definite Statement (Docket No. 24), Defendant Advanta Mortgage Corp., U.S.A.'s Motion for More Definite Statement (Docket No. 25), Defendant Chase Manhattan's Motion for More Definite Statement (Docket No. 23), Defendant Accredited Home Lenders, Inc's Motion for More Definite Statement (Docket No. 32), and Defendant Temple-Inland's Motion for More Definite Statement (Docket No. 39). The Court finds that said motions should be GRANTED.

SIGNED this 14TH day of OCT, 1998.

John Wm. Black
United States Magistrate Judge