55

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

OCT 14 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| REYNALDO G. AMADOR, ELIZABETH AMADOR, FILIBERTO P. SANCHEZ, FRANCISCA SANCHEZ, VANSCINE KEENER, MICHELE THOMPSON, JUAN MORALES, and OLGA MARIA MORALES, et al. | § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-97-222 |
| FLEET MORTGAGE CORP. AND CHARLES A. BROWN, INDIVIDUALLY, AND D/B/A BROWN & SHAPIRO, et al., | § § § | |

**ORDER**

ON THIS 14TH day of OCT, 1998 came on to be considered Defendant Fleet Mortgage Corp.'s Motion for Summary Judgment and Supporting Brief (Docket No. 28).

The Court finds that said motion should be GRANTED.

SIGNED this 14TH day of OCT, 1998.

Filemon B. Vela
United States District Judge