60

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 20 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| REYNALDO G. AMADOR, ELIZABETH AMADOR, FILIBERTO P. SANCHEZ, FRANCISCA SANCHEZ, VANSCINE KEENER, MICHELLE THOMPSON, JUAN MORALES AND OLGA MARIA MORALES, ET AL § § § § § § § | |
| VS. § § | CIVIL ACTION NO. B-97-222 |
| FLEET MORTGAGE CORP. AND CHARLES A. BROWN, INDIVIDUALLY AND D/B/A BROWN & SHAPIRO, ET AL § § § | |

## ORDER GRANTING JOINT MOTION TO DISMISS

On this day in the above-entitled and numbered cause, came on the Plaintiffs and Defendant LIBERTY SAVINGS BANK, FSB and requested the Court to dismiss, without prejudice, all claims, actions and causes of action asserted by or which could have been asserted by the Plaintiffs against Defendant LIBERTY SAVINGS BANK, FSB, and arising out of the occurrence made the subject of this suit;

And it appearing to the Court that there are no matters in controversy between the Plaintiffs and LIBERTY SAVINGS BANK, FSB in said cause that no dispute exists between the parties and all claims, actions, and causes of action asserted by Plaintiffs against Defendant LIBERTY SAVINGS BANK, FSB in said cause should be dismissed without prejudice;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED by the Court that this cause, and all claims, actions and causes of action asserted by Plaintiffs against Defendant LIBERTY SAVINGS BANK, FSB in this cause be, and they are hereby dismissed with prejudice as to the refiling of same;

IT IS FURTHER ORDERED, ADJUDGED and DECREED by the Court that the costs of court incurred in this proceeding be taxed against the Plaintiffs, for which let execution issue if not timely paid.

SIGNED this 20th day of November, 1998, in Brownsville, Texas.

_____
JUDGE PRESIDING

AGREED TO AND APPROVED
AS TO FORM AND SUBSTANCE:

JEROME K. WADE
P.O. Box 55914
Houston, Texas 77255-5914
(713) 956-6561
(713) 956-6542 FAX

ATTORNEY FOR PLAINTIFFS

By: _____
Jerome K. Wade
State Bar No. 20633700

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

ATTORNEYS FOR LIBERTY SAVINGS BANK, FSB

By: _____
W. Michael Fisher
State Bar No. 07062420
Federal ID No. 1080

ORDER GRANTING JOINT MOTION TO DISMISS
/mf.federal/21154.jto-dismiss

2