88

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

JAN 25 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| REYNALDO G. AMADOR, ET. AL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-222 |
| | § | |
| FLEET MORTGAGE CORP. ET AL. | § | |

TYPE OF CASE:        __X__ CIVIL                            ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE**<br>**500 E. 10TH STREET**<br>**BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2**<br><br>DATE AND TIME:<br><br>**MARCH 19, 1999 AT 1:30 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JANUARY 25, 1999

TO:    MR. JEROME K. WADE
       MR. NORTON A. COLVIN/MR. DAN HERINK
       MR. MICHAEL STEVEN DECK
       MR. LYDIA ZINKHAN
       MR. JEFFREY COULTER
       MR. JAY DUBOW
       MR. TOM LOCKHART
       MR. RICARDO ADOBATTI
       MR. J. ALLEN SMITH/MR. J. GARTH FENNEGAN
       MR. GARY GURWITZ
       MS. JACQUELINE DENNING
       MR. JEFFREY ROERIG/MR. MICHAEL FISHER
       MR. BILL JONES
       MR. PETER COSELLI
       MR. ROBERT PRATTE/MR. ALAN MACLIN
       MR. DARRELL GEST/MR. JOSEPH A. HALBROOK, JR.