# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| REYNALDO G. AMADOR, ET. AL § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-222 |
| § | |
| FLEET MORTGAGE CORP. ET AL. § | |

TYPE OF CASE:    __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE** that the following proceedings set in this case have been passed.

TYPE OF PROCEEDINGS:

1. **FINAL PRETRIAL CONFERENCE SET FOR FEBRUARY 5, 1999 AT 1:30 P.M.**
2. **FINAL PRETRIAL CONFERENCE SET FOR MARCH 4, 1999 AT 8:30 A.M. BEFORE JUDGE VELA**
3. **JURY SELECTION SET FOR MARCH 5, 1999 AT 8:30 BEFORE JUDGE VELA**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   FEBRUARY 2, 1999

TO:    MR. JEROME K. WADE
       MR. NORTON A. COLVIN/MR. DAN HERINK
       MR. MICHAEL STEVEN DECK
       MR. LYDIA ZINKHAN
       MR. JEFFREY COULTER
       MR. JAY DUBOW
       MR. TOM LOCKHART
       MR. RICARDO ADOBATTI
       MR. J. ALLEN SMITH/MR. J. GARTH FENNEGAN
       MR. GARY GURWITZ
       MS. JACQUELINE DENNING
       MR. JEFFREY ROERIG/MR. MICHAEL FISHER
       MR. BILL JONES
       MR. PETER COSELLI
       MR. ROBERT PRATTE/MR. ALAN MACLIN
       MR. DARRELL GEST/MR. JOSEPH A. HALBROOK, JR.