97

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**FEB 0 3 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

REYNALDO G. AMADOR, ELIZABETH
AMADOR, FILIBERTO P. SANCHEZ,
FRANCISCA SANCHEZ, VANSCINE
KEENER, MICHELLE THOMPSON,
JUAN MORALES, AND OLGA MARIA
MORALES, ET AL,

VS.

FLEET MORTGAGE CORP. and
CHARLES A. BROWN, Individually
and d/b/a BROWN & SHAPIRO, ET AL

CIVIL ACTION NUMBER

**B-97-222**

## ORDER FOR DISMISSAL

**IN BROWNSVILLE, TEXAS** on this date came to be considered <u>Plaintiffs'</u> <u>Motion for Partial Dismissal</u> filed by the plaintffs in this case on November 23, 1998. No objections having been made to plaintiffs' motion, it shall be granted.

**IT IS, THEREFORE, ORDERED** that all claims and causes of action, if any, of the plaintiffs named and specifically set forth in <u>Plaintiff's Third Amended Original</u> <u>Complaint</u> filed May 1, 1998 against the following named defendants are dismissed without prejudice to the rights of the parties:

    (1)    Bank One Mortgage Corp.,

    (2)    Barclay-American Mortgage Corp.,

    (3)    Boston Safe Deposit and Trust Company,

    (4)    Cenlar Mortgage Corp.,

    (5)    Credit-Based Asset Servicing and Securitization, L.L.C.,

    (6)    Liberty Lending Services, Inc.,

    (7)    Prudential Mortgage Corp., and

    (8)    Union Planters Mortgage Corp.

**IT IS, FURTHER, ORDERED** that all claims and causes of action, if any, of the following named plaintiffs against all named defendants set forth in <u>Plaintiff's Third</u>

1

ClibPDF - www.fastio.com

<u>Amended Original Complaint</u> filed May 1, 1998 (except for defendant Fleet Mortgage), are dismissed without prejudice to the rights of the parties:

     (1)    Joan McKinzie,

     (2)    Sixto Vargas,

     (3)    Desiree Seaforth-Graves,

     (4)    Richard Staight and his wife Kathleen Staight,

     (5)    Barbara Richardson,

     (6)    Kenneth Barkley,

     (7)    Edith Wedat-alla,

     (8)    Michael J. Zeka and his wife Juli A. Zeka,

     (9)    Affiong Wolfe,

   (10)    Grace Rodriguez, and

   (11)    Kkoby Griffin and his wife Linda Griffin.

   (12)    Filiberto P. Sanchez and his wife Francisca Sanchez,

   (13)    Reynaldo G. Amador and his wife Elizabeth Amador,

   (14)    Earnest Clark and his wife Gloria Clark,

   (15)    Cesar Augusto Del Aguilar,

   (16)    Vanscine Keener,

   (17)    Michelle Thompson,

   (18)    Juan Morales and his wife Ogla Maria Morales,

   (19)    Vickie L. Hansen,

   (20)    Vincent Banks,

   (21)    Ruby Murphy, and

   (22)    George Neal.

**SIGNED** on this the __2__ day of ___F E B___ , 199~~8~~.

 

_____
                         PRESIDING JUDGE

2

**ORDER OF DISMISSAL**
**CIVIL ACTION NO. B-97-222**
**CONTINUED:**

APPROVED:

JEROME K. WADE
P.O. Box 55914
Houston, Texas 77255-5914
Texas Bar No. 20633700
(713) 956-6561
(713) 956-6542 Fax

**ATTORNEY FOR PLAINTIFFS**

3

ClibPDF - www.fastio.com