98

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| REYNALDO G. AMADOR, ELIZABETH AMADOR, FILIBERTO P. SANCHEZ, FRANCISCA SANCHEZ, VANSCINE KEENER, MICHELLE THOMPSON, JUAN MORALES, AND OLGA MARIA MORALES, ET AL, <br><br> VS. <br><br> FLEET MORTGAGE CORP. and CHARLES A. BROWN, Individually and d/b/a BROWN & SHAPIRO, ET AL | CIVIL ACTION NUMBER <br><br> **B-97-222** |

## ORDER FOR VOLUNTARY DISMISSAL OF MERRILL LYNCH

**IN BROWNSVILLE, TEXAS** on this date came to be considered the Voluntary Motion to Dismiss, (Docket No. 85), filed by all plaintffs in the above styled and numbered cause as named and specifically set forth in Plaintiff's Fourth Amended Original Complaint filed November 23, 1998 to dismiss all claims and causes of action, if any, against defendant Merrill Lynch Credit Corporation, f/k/a Merrill Lynch Equity Management. No objections having been made to plaintiffs' motion, it shall be granted.

**IT IS, THEREFORE, ORDERED** that all claims and causes of action, if any, of the plaintiffs named and specifically set forth in Plaintiff's Fourth Amended Original Complaint filed November 23, 1998 against defendant Merrill Lynch Credit Corporation, f/k/a Merrill Lynch Equity Management, are dismissed without prejudice to the rights of plaintiffs.

**SIGNED** on this the 2 day of FEB , 1999.

_____
PRESIDING JUDGE

1

**ORDER FOR VOLUNTARY DISMISSAL OF MERRILLY LYNCH
CIVIL ACTION NO. B-97-222
CONTINUED:**

APPROVED:

_____(signature)_____
JEROME K. WADE
P.O. Box 55914
Houston, Texas 77255-5914
Texas Bar No. 20633700
(713) 956-6561
(713) 956-6542 Fax

**ATTORNEY FOR PLAINTIFFS**