111

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| REYNALDO G. AMADOR, ELIZABETH AMADOR, FILIBERTO P. SANCHEZ, FRANCISCA SANCHEZ, VANSCINE KEENER, MICHELLE THOMPSON, JUAN MORALES, AND OLGA MARIA MORALES, ET AL. § § § § § § § | § § § C.A. Number: B-97-222 § |
| VS. § | |
| FLEET MORTGAGE CORP. and CHARLES A. BROWN, Individually and d/b/a BROWN & SHAPIRO, E T AL. § § § § | |

## ORDER SETTING HEARING

On this day came on for consideration Defendants Money Mortgage Corporation of America and Ted S. Murray, Individually, as Trustee and as Ted Murray Service Account's Motion to Transfer Venue, and the Court is of the opinion that said Motion to Transfer Venue should be set for hearing.

It is accordingly ORDERED that Defendants Money Mortgage Corporation of America, Ted S. Murray, Individually, as Trustee and as Ted Murray Service Account's Motion to Transfer Venue be and the same is hereby set for hearing on the 19th day of March, 1999 at 1:30 o'clock p.m. before this Honorable Court.

SIGNED this 2nd day of March, 1999.

_____
UNITED STATES MAGISTRATE JUDGE