*127*

United States District Court
Southern District of Texas
ENTERED

**MAY 1 7 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| REYNALDO G. AMADOR, ELIZABETH AMADOR, FILIBERTO P. SANCHEZ, FRANCISCA SANCHEZ, VANSCINE KEENER, MICHELLE THOMPSON, JUAN MORALES, AND OLGA MARIA MORALES, ET AL, <br><br> VS. <br><br> FLEET MORTGAGE CORP. and CHARLES A. BROWN, Individually and d/b/a BROWN & SHAPIRO, ET AL | CIVIL ACTION NUMBER <br><br> **B-97-222** |

## ORDER FOR VOLUNTARY DISMISSAL OF COUNTRYWIDE

**IN BROWNSVILLE, TEXAS** on this date came to be considered the Plaintiffs' Voluntary Motion to Dismiss Defendant Countrywide Home Loans, Inc., (Docket No. **120** ), filed by all plaintffs in the above styled and numbered cause as named and specifically set forth in Plaintiff's Fourth Amended Original Complaint filed November 23, 1998 to dismiss all claims and causes of action, if any, against defendant Countrywide Home Loans, Inc.  No objections having been made to plaintiffs' motion, it shall be granted.

**IT IS, THEREFORE, ORDERED** that all claims and causes of action, if any, of the plaintiffs named and specifically set forth in Plaintiff's Fourth Amended Original Complaint filed November 23, 1998 against defendant Countywide Home Loans, Inc. are dismissed without prejudice to the rights of plaintiffs.

**SIGNED** on this the 14th day of May , 1999.

_____
PRESIDING JUDGE

1

**ORDER FOR VOLUNTARY DISMISSAL OF COUNTRYWIDE;**
**CIVIL ACTION NO. B-97-222;**
**CONTINUED:**


APPROVED:


JEROME K. WADE
P.O. Box 55914
Houston, Texas 77255-5914
Texas Bar No. 20633700
(713) 956-6561
(713) 956-6542 Fax

**ATTORNEY FOR PLAINTIFFS**

2

ClibPDF - www.fastio.com