*128*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

**MAY 17 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

REYNALDO G. AMADOR, ELIZABETH
AMADOR, FILIBERTO P. SANCHEZ,
FRANCISCA SANCHEZ, VANSCINE
KEENER, MICHELLE THOMPSON,
JUAN MORALES, AND OLGA MARIA
MORALES, ET AL,

VS.

FLEET MORTGAGE CORP. and
CHARLES A. BROWN, Individually
and d/b/a BROWN & SHAPIRO, ET AL

CIVIL ACTION NUMBER

## B-97-222

### ORDER FOR VOLUNTARY DISMISSAL OF NORWEST MORTGAGE

   **IN BROWNSVILLE, TEXAS** on this date came to be considered the Plaintiffs'
Voluntary Motion to Dismiss Defendant Norwest Mortgage Corp, (Docket No. 121 ),
filed by all plaintffs in the above styled and numbered cause as named and specifically
set forth in Plaintiff's Fourth Amended Original Complaint filed November 23, 1998 to
dismiss all claims and causes of action, if any, against defendant Norwest Mortgage
Corp.  No objections having been made to plaintiffs' motion, it shall be granted.

   **IT IS, THEREFORE, ORDERED** that all claims and causes of action, if any,
of the plaintiffs named and specifically set forth in Plaintiff's Fourth Amended Original
Complaint filed November 23, 1998 against defendant Norwest Mortgage Corp., are
dismissed without prejudice to the rights of plaintiffs.

   **SIGNED** on this the 4th day of MAY , 1999.

_____
PRESIDING JUDGE

1

**ORDER FOR VOLUNTARY DISMISSAL OF NORWEST MORTGAGE;**
**CIVIL ACTION NO. B-97-222;**
**CONTINUED:**

APPROVED:

JEROME K. WADE
P.O. Box 55914
Houston, Texas 77255-5914
Texas Bar No. 20633700
(713) 956-6561
(713) 956-6542 Fax

**ATTORNEY FOR PLAINTIFFS**