131

United States District Court
Southern District of Texas
FILED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

JUN 25 1999

Michael N. Milby, Clerk of Court

| | |
|---|---|
| REYNALDO G. AMADOR, ELIZABETH AMADOR, FILIBERTO P. SANCHEZ, FRANCISCA SANCHEZ, VANSCINE KEENER, MICHELLE THOMPSON, JUAN MORALES, AND OLGA MARIA MORALES, ET AL, <br><br> VS. <br><br> FLEET MORTGAGE CORP. and CHARLES A. BROWN, Individually and d/b/a BROWN & SHAPIRO, ET AL | CIVIL ACTION NUMBER <br><br> **B-97-222** |

## ORDER FOR DISMISSAL OF G. E. CAPITAL CORP.

**IN BROWNSVILLE, TEXAS** on this date came to be considered the Plaintiffs' Motion to Dismiss Defendant G. E. Capital Corp., (Docket No. 129 ), filed by all plaintffs in the above styled and numbered cause as named and specifically set forth in Plaintiff's Fourth Amended Original Complaint filed November 23, 1998 to dismiss all claims and causes of action, if any, against defendant G. E. Capital Corp. Defendant G. E. Capital Corp. agrees to the dismissal. No objections having been made to plaintiffs' motion by any other defendant, the motion shall be granted.

**IT IS, THEREFORE, ORDERED** that all claims and causes of action, if any, of the plaintiffs named and specifically set forth in Plaintiff's Fourth Amended Original Complaint filed November 23, 1998 against defendant G. E. Capital Corp. are dismissed without prejudice to the rights of plaintiffs.

**SIGNED** on this the 25 day of _____JUNE_____, 1999.



_____
PRESIDING JUDGE

1

**ORDER FOR VOLUNTARY DISMISSAL OF G. E. CAPITAL CORP;**
**CIVIL ACTION NO. B-97-222;**
**CONTINUED:**

APPROVED:

JEROME K. WADE
P.O. Box 55914
Houston, Texas 77255-5914
Texas Bar No. 20633700
(713) 956-6561
(713) 956-6542 Fax

**ATTORNEY FOR PLAINTIFFS**

ROERIG, OLIVEIRA & FISHER, L.L.P.

W. MICHAEL FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520-0016
Texas Bar No. **07062420**
(956) 542-5666
(956) 631 8141 Fax

**ATTORNEY FOR DEFENDANT G.E. CAPITAL CORP.**

2

ClibPDF - www.fastio.com