IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

JUL 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

REYNALDO G. AMADOR, et al. §
 §
VS. § CIVIL ACTION NO. B-97-222
 §
FLEET MORTGAGE CORP., et al. §

## FINAL JUDGMENT

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Reports and Recommendations of June 24, 1999 (Docket No. 132) and of July 6, 1999 (Docket No. 133) should be ADOPTED.

**IT IS HEREBY ORDERED** that the Plaintiffs' Fourth Amended Complaint be **STRUCK** and the following Defendants' Motions to Dismiss be, and the same hereby are, **GRANTED** pursuant to FED. R. CIV. P. 9(b), 12(b)(6) and 12 (e):

    a.    Midland Mortgage Co. (Docket No. 69);

    b.    EMC Corp. (Docket No. 76);

    c.    Federal National Mortgage Association (Docket No. 89);

    d.    Chase Manhatten (Docket No. 92);

    e.    Houston Housing Finance Corp. and Texas Commerce Bank (Docket No. 103);

    f.    Ocwen Federal Bank FSB (Docket No. 104);

    g.    Accredited Home Lenders Inc., (Docket No. 105);

    h.    NationsBank (Docket No. 106);

  i.  FirstCapital Bank (Docket No. 113);

  j.  Principal Residential Mortgage, Inc. (Docket No. 115);

  k.  Ford Consumer Finance Corp. (Docket No. 118);

  l.  HomeSide Lending, Inc. (Docket No. 123);

  m.  Money Mortgage Corporation of America and Ted S. Murray, Individually as Trustee and as Ted Murray Service Account (Docket No. 125); and

  n.  First Union Mortgage Corporation's Motion to Dismiss (Docket No. 130).

**IT IS FURTHER ORDERED** that Defendant Temple-Inland's Motions for Summary Judgment as to Plaintiffs Carlos Perez (Docket No. 84) and Tuong Van Ly (Docket No. 102) be **GRANTED**.

**IT IS FURTHER ORDERED** that the Plaintiffs' case be **DISMISSED**.

**IT IS FURTHER ORDERED** that all other pending motions are hereby **DISMISSED** as **MOOT**.

DONE at Brownsville, Texas this 19th day of July, 1999.

                _/s/ Filemon B. Vela_
                Filemon B. Vela
                United States District Judge

ClibPDF - www.fastio.com