/42

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| REYNALDO G. AMADOR, ET. AL § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-222 |
| § | |
| FLEET MORTGAGE CORP. ET AL. § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON ALL PENDING MOTIONS**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JANUARY 6, 2000 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    DECEMBER 1, 1999

TO:    MR. JEROME K. WADE
       MR. NORTON A. COLVIN/MR. DAN HERINK
       MR. MICHAEL STEVEN DECK
       MS. LYDIA ZINKHAN/MR. C. ED HARRELL
       MR. JAY DUBOW
       MR. TOM LOCKHART
       MR. RICARDO ADOBATTI
       MR. J. ALLEN SMITH/MR. J. GARTH FENNEGAN
       MR. GARY GURWITZ
       MS. JACQUELINE DENNING
       MR. JEFFREY ROERIG/MR. MICHAEL FISHER
       MR. BILL JONES
       MR. PETER COSELLI
       MR. ROBERT PRATTE/MR. ALAN MACLIN
       MR. DARRELL GEST/MR. JOSEPH A. HALBROOK, JR.
       MR. EDWARD BERGMAN
       MS. REBECCA ROBERTSON
       MR. JAMES ROBICHAUX
       MR. ROBERT HUGHES
       MR. JEFFREY TILLOTSON/MR. ERIC WHITNEY
       MR. ROBERT VARNER