148

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 09 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| REYNALDO G. AMADOR, ET AL | § | |
|     Plaintiffs. | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | B-97-222 |
| FLEET MORTGAGE CORP., | § | |
| CHARLES A. BROWN, INDIVIDUALLY, | § | |
| AND D/B/A BROWN & SHAPIRO, ET AL, | § | |
|     Defendants. | § | |

———AND———

| | | |
|---|---|---|
| REYNALDO G. AMADOR, ET UX | § | |
|     Plaintiffs. | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | B-99-059 |
| FEDERAL HOME LOAN MORTGAGE | § | |
| CORPORATION | § | |
|     Defendant. | § | |

**ORDER MODIFYING JANUARY 31, 2000 ORDER GRANTING
<u>LIMITED DISCOVERY & SETTING HEARING</u>**

On this day came for consideration in both Civil Actions the Motion of TEMPLE-INLAND MORTGAGE CORPORATION, a Defendant in No. B-97-222, and FEDERAL HOME LOAN MORTGAGE CORPORATION, a Defendant in No. B-99-59, to clarify, modify and/or correct the Magistrate's January 31, 2000 Order Granting Limited Discovery and Setting Hearing. The Court finds that the Motion is well taken and should be granted. Accordingly,

It is ORDERED that on or before FEBRUARY 15, 2000, Plaintiffs' attorney, Jerome K. Wade, shall provide Defendants' attorneys in both Civil Actions, Darrell D. Gest and Robert Mowrey, in writing, with ten (10) dates prior to March 16, 2000 (excluding Saturday, Sundays and holidays) on which Mr. Wade will present himself for deposition at the offices of

George, Buchman & Leigh, Two Allen Center, Suite 3050, 1200 Smith, Houston, Texas, 77002 (contact: Kevin George).

It is FURTHER ORDERED that a hearing on Defendant TIMC's Application for Attorney's Fees and both Defendants' Motions for Sanctions, as amended or supplemented, shall be RESET FROM MARCH 13, 2000 AT 1:30 P.M. TO APRIL 27, 2000 before the undersigned Magistrate, at 1:30 o'clock P.m. in Courtroom No. 2, Second Floor of the United States Courthouse, 600 E. Harrison, Brownsville, Texas; provided however, that if either Mr. Gest or Mr. Mowrey has previously notified this Court and Mr. Wade of the intent to not pursue their respective Motions, then said hearing shall be cancelled as to said Motions without further action of this Court or the parties.

It is FURTHER ORDERED that all other provisions of the January 31, 2000 Order shall remain in force and effective.

SIGNED this 9TH day of February, 2000.

HON. JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

Copies to:

Mr. Jerome Wade
Mr. Robert Mowrey
Mr. Darrell D. Gest

2