152

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| REYNALDO G. AMADOR, et al., | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | B-97-222 |
| FLEET MORTGAGE CORP., et al., | § | |
| Defendants. | § | |

### ORDER GRANTING
### DEFENDANT TEMPLE-INLAND MORTGAGE CORP.'S
### MOTION TO SEVER REQUEST FOR FEES & SANCTIONS,
### and MOTION TO CONSOLIDATE SAME WITH ANOTHER CIVIL ACTION

On this date came for consideration Defendant, Temple-Inland Mortgage Corp., Motion for Severance from this Civil Action of its various Requests for attorney's fees, costs and sanctions, and Motion for Consolidation of same with Civil Action No. B-99-059, styled *Reynaldo G. Amador, et ux v. Federal Home Loan Mortgage Corporation,* pending in this same Court, and the Court, having considered same and any response filed by any party, finds that the grounds for such severance and consolidation as recited in said Defendant's Motion exist and warrant such relief. Accordingly,

It is ORDERED that the following claims of Defendant Temple Inland in this action are severed from this action:

1. Defendant's request for an award of its attorney's fees against Plaintiffs' attorney, Jerome Wade, under various grounds as set forth in paragraph VI of Defendant's Original Answer and Counterclaim in this Civil Action;

2. Defendant's declaratory judgment claim, as set forth in paragraph I of its Application for Attorney's Fees in this Civil Action, that Plaintiffs' attorney entered into an unlawful scheme to divert the monthly installments coming due

on the Plaintiffs' home mortgages, some of which mortgages were guaranteed by government agencies; and,

3. Defendant's request, as set forth in paragraph I.3. of its Application for Attorney's Fees in this Civil Action, for an award of its attorney's fees and costs pursuant to Fed. R. Civ. P. 54 (d) and 28 U.S.C. § 1927 ("Counsel's liability for excessive costs") & 28 U.S.C. § 1920 ("Taxation of costs"), respectively (hereinafter "the Severed Claims").

It is FURTHER ORDERED that the Severed Claims shall be consolidated with Civil Action B-99-059 pending in this Court and shall proceed under that civil action number, and Defendant Temple Inland Mortgage Corporation shall be added as a Defendant to that action and to the caption of that action.

It is FURTHER ORDERED THAT JEROME K. WADE *SHOW CAUSE* on APRIL 27, 2000, at 1:30 p.m., BEFORE THE UNDERSIGNED MAGISTRATE, in Courtroom No. 2, Second Floor of the U.S. Courthouse, 600 E. Harrison, Brownsville, Texas, AS TO WHY SANCTIONS SHOULD NOT BE ASSESSED AGAINST HIM AS REQUESTED BY DEFENDANT TEMPLE INLAND IN ITS APPLICATION FOR FEES, as amended or supplemented, AND FOR THE ADDITIONAL REASONS SET FORTH IN DEFENDANT TEMPLE INLAND'S MOTION TO SEVER REQUEST FOR FEES & SANCTIONS, MOTION TO CONSOLIDATE SAME WITH ANOTHER CIVIL ACTION, and MOTION TO SHOW CAUSE.

SIGNED this 27th day of March, 2000.

HON. JOHN WM. BLACK
U. S. MAGISTRATE JUDGE