153

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **REYNALDO G. AMADOR, et al.,** § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-97-222 |
| § | |
| **FLEET MORTGAGE CORP., et al.,** § | |
| Defendants. § | |
| § | |

## ORDER

Before this Court for consideration is "Defendant Temple-Inland Mortgage Corp.'s Application for Attorneys' Fees; Alternatively, Motion for Limited Discovery; Alternatively, Motion for Reconsideration of Final Judgment; & Alternatively, Motion to Sever Counterclaims"(Docket no. 140).

After reviewing the entire file, it is the opinion of this Court that the Order Granting Defendant Temple-Inland Mortgage Corp's Motion to Sever Request for Fees & Sanctions, and Motion to Consolidate Same with Another Civil Action signed by Magistrate Judge Black on March 27, 2000 and the Magistrate Judge's Order Granting Limited Discovery & Setting Hearing (Docket no. 146), as modified by the Magistrate Judge's Order dated February 9, 2000 (Docket no. 148), properly handles Defendant Temple-Inland Mortgage Corp.'s Application for Attorneys' Fees; Alternatively, Motion for Limited Discovery; & Alternatively, Motion to Sever Counterclaims"(Docket no. 140) and, therefore, should be **ADOPTED** by this Court in order to clarify the record. Additionally, this Court is of the opinion that the Final Judgment of July 19, 1999 (Docket no. 137), in the above entitled and numbered cause, is appropriate, and, therefore,

the Motion for Reconsideration of Final Judgement is **DENIED**.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Order Granting Defendant Temple-Inland Mortgage Corp's Motion to Sever Request for Fees & Sanctions, and Motion to Consolidate Same with Another Civil Action signed by Magistrate Judge Black on March 27, 2000 and the Magistrate Judge's Order Granting Limited Discovery & Setting Hearing (Docket no. 146), as modified by the Magistrate Judge's Order dated February 9, 2000 (Docket no. 148), are **ADOPTED**.

It is further ORDERED, ADJUDGED and DECREED that Defendant, Temple-Inland Mortgage Corporation's Motion for Reconsideration of Final Judgment is **DENIED**.

DONE this the 27th day of March, 2000 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge

ClibPDF - www.fastio.com